THE STATE OF SOUTH CAROLINA

THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT 
 AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Clarence 
 D. Jones, Appellant.
 
 
 

Appeal From Anderson County
J. Cordell Maddox, Jr., Circuit Court Judge

Opinion No. 2004-UP-472
Submitted September 14, 2004  Filed 
 September 16, 2004

APPEAL DISMISSED

 
 
 
Chief Attorney Daniel T. Stacey, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh and Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Druanne D. White, of Anderson, for Respondent.
 
 
 

PER CURIAM:  Clarence D. Jones was convicted of assault and battery 
 with intent to kill (ABIK) and assault and battery of a high and aggravated 
 nature (ABHAN).  For each charge, he was sentenced to six years, suspended upon 
 the service of three years, plus three years probation, to be served concurrently.  
 Joness appellate counsel filed a brief pursuant to Anders v. California, 
 386 U.S. 738 (1967).  Counsel additionally submitted a petition to be relieved 
 from representation, asserting there are no directly appealable issues of arguable 
 merit.  Jones filed a pro se response with the Court.
After a review of the record pursuant to Anders and State 
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal 
 and grant counsels petition to be relieved. 
 [1] 
 APPEAL DISMISSED.
 GOOLSBY, ANDERSON, and WILLIAMS, JJ., concur.

 
 [1] 
 We decide this case without oral argument pursuant to Rule 215, SCACR.